(No. 3424—

SHIPPERS FUEL CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed November 10, 1942.*

L. M. BOWDEN, for claimant.

GEORGE F. BARRETT, Attorney General; ROBERT V. OSTROM, Assistant Attorney General, for respondent.

ECKERT, J.

Claimant seeks an award for $175.77 for 62.775 tons of Central Illinois 3″ x 6″ egg or furnace coal at $2.80 per ton furnished to the 130th Infantry Armory at Danville, Illinois, from January 19, 1938, to February 4, 1938, under contract with the State of Illinois No. B-117626. The State received the coal on order from an official authorized to contract for the same; claimant submitted a bill therefor within a reason-

able time and has not received payment; such non-payment is due to no fault on the part of the claimant; when the charge was incurred, there remained a sufficient unexpended balance in the appropriation from which payment could have been made. Claimant is therefore entitled to an award. *Rock Island Sand and Gravel Company* vs. *State of Illinois,* 8 C. C. R. 165; *Elgin, Joliet and Eastern Railway Company* vs. *State of Illinois,* 10 C. C. R. 243.

An award is therefore entered in favor of claimant in the sum of $175.77.